Martin Moreno RUIZ, Plaintiff–
Appellant

v.

FEDERAL GOVERNMENT OF the
MEXICAN REPUBLIC; Mexican
Army Department of Infantry 35 Regi-
ment; Osvaldo Bejar Armendariz;
Mayor Cordero; Joe Doe 1; et al.,
Defendants–Appellees.

No. 07–51312
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

April 14, 2008.

Martin Moreno Ruiz, U.S. Immigration
& Naturalization Service Processing Cen-
ter, El Paso, TX, pro se.

Before JOLLY, DENNIS, and PRADO,
Circuit Judges.

PER CURIAM: *

Martin Moreno Ruiz, alien detainee
# A28–486–148, has filed a motion for
leave to proceed in forma pauperis (IFP)
on appeal. The district court denied
Ruiz's IFP motion and certified that the
appeal was not taken in good faith. By
moving for IFP status, Ruiz is challenging
the district court's certification. *See*
*Baugh v. Taylor,* 117 F.3d 197, 202 (5th
Cir.1997).

Aside from conclusional allegations, Ruiz
does not challenge the district court's de-
termination that he failed to present an
arguable or non-frivolous issue for appeal.
Further, aside from conclusional allega-
tions that his complaint was filed under
the Alien Tort Claims Act, the Universal
Declaration of Human Rights, the Mexican
Military Justice Code, the United Nations
Charter, and Article VI of the United
States Constitution, Ruiz does not address
the district court's determination that it
lacked subject matter jurisdiction over his
claims. Ruiz's attempt to incorporate by
reference the arguments set forth in his
notice of appeal is an insufficient means of
raising those arguments in this court. *See*
*Yohey v. Collins,* 985 F.2d 222, 224–25 (5th
Cir.1993). Therefore, these issues are
deemed abandoned. *See Brinkmann v.*
*Dallas County Deputy Sheriff Abner,* 813
F.2d 744, 748 (5th Cir.1987).

Ruiz has not shown that the district
court's certification was incorrect. The in-
stant appeal is without arguable merit and
is thus frivolous. Accordingly, Ruiz's re-
quest for IFP status is denied, and his
appeal is dismissed as frivolous. *See How-*
*ard v. King,* 707 F.2d 215, 219–20 (5th
Cir.1983); 5TH CIR. R. 42.2. Ruiz's motions
for a temporary restraining order (stay of
deportation), a transfer or relocation to
another facility, and a picture of the dis-
trict court judge are also denied.

MOTIONS DENIED; APPEAL DIS-
MISSED.

* Pursuant to 5TH CIR. R. 47.5, the court has
determined that this opinion should not be
published and is not precedent except under
the limited circumstances set forth in 5TH CIR.
R. 47.5.4.